NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PENELOPE J. BRADY
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
penelope.brady@usdoj.gov

*Representing the United States of America*

**UNITED STATES MAGISTRATE COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 3:20-MJ-0073-CLB |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING DATE** |
| WAKINYAN BLINDMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and PENELOPE J. BRADY, Assistant United States Attorney, counsel for the United States of America and Rene L. Valladares, Federal Public Defender, and CHRISTOPHER FREY, Assistant Federal Public Defender, counsel for WAKINYAN BLINDMAN, that the preliminary examination under Federal Rules of Criminal Procedure Rule 5.1 currently set for August 12, 2020, at 2:00 p.m., be continued until August 13, 2020, at 2:00 p.m.

The Stipulation to continue is entered into for the following reasons:

1.     The defendant's initial appearance on the criminal complaint in this case was

July 31, 2020. ECF No. 4.

2. The Court ordered the defendant detained pending trial. ECF. No. 9.

3. Since the defendant is in custody, the government has fourteen days from the date of the defendant's initial appearance to conduct a preliminary examination unless the defendant is indicted. Fed. R. Crim. P. 5.1.

4. The current date for preliminary hearing, August 12, 2020, is two days prior to the fourteen day deadline set forth in Fed. R. Crim. P. 5.1.

5. To avoid an unnecessary court appearance, both parties request that the Court vacate the August 12, 2020 date for a preliminary examination and continue the matter to August 13, 2020 at 2:00 p.m.

6. Counsel for the defendant informs the undersigned that the defendant does not oppose the continuance.

Dated this 3rd day of August, 2020.

| NICHOLAS A. TRUTANICH | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

By: __/s/ Penelope J. Brady__          By: __/s/ Christopher Frey__
PENELOPE J. BRADY                         CHRISTOPHER FREY
Assistant United States Attorney          Assistant Federal Public Defender

IT IS SO ORDERED.

_/s/ William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

DATED: August 4, 2020